

## Other Documents

3:19-cr-20552-RHC United States of America v. Walker
**CASE CLOSED on 08/23/2019**

CLOSED,PROBTRAN

### U.S. District Court

### Eastern District of Michigan

### Notice of Electronic Filing

The following transaction was entered on 8/10/2020 at 4:37 PM EDT and filed on 8/10/2020
**Case Name:**     United States of America v. Walker
**Case Number:**     3:19-cr-20552-RHC
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY CERTIFICATE OF SERVICE re [21] Notice of Determination of Motion Without Oral Argument, [16] Order on Motion to Reduce Sentence as to Paul Edward Walker. Documents mailed to Paul Walker Pris. No. 18301-039 at FCI Milan, PO Box 1000, Milan, MI 48160. (LWag)**

**3:19-cr-20552-RHC-1 Notice has been electronically mailed to:**

Jessica Vartanian Currie     jessica.currie@usdoj.gov, caseview.ecf@usdoj.gov, matthew.roth2@usdoj.gov, paula.bielen@usdoj.gov, sarah.moilanen@usdoj.gov

Matthew A. Roth     matthew.roth2@usdoj.gov, CaseView.ECF@usdoj.gov, linda.forner@usdoj.gov

Richard J. O'Neill     Richard_Oneill@fd.org, Kim_Ferranti@fd.org

**3:19-cr-20552-RHC-1 Notice will not be electronically mailed to:**

Federal Community Defender
Federal Community Defender
613 Abbott
5th Floor
Detroit, MI 48226

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.

                Case No. 3:19-cr-20552-RHC
                Hon. Robert H. Cleland

Paul Edward Walker,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion to Amend/Correct – #20

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Robert H. Cleland *without* oral argument.

- RESPONSE DUE: August 24, 2020

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/L. Wagner
                Case Manager

Dated: August 10, 2020

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

                                                Case No. 19-20552

PAUL EDWARD WALKER,

        Defendant.
_____/

## OPINION AND ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

After serving 150 months in prison for bank robbery, Defendant Paul Walker was released in January 2019 to begin a term of supervised release. However, in October 2019, Defendant was charged with nine sperate violations of the terms of his supervised release, including violations for retail fraud, association with a felon, possession of drug paraphernalia, testing positive for cocaine, absconding from transitional housing, failing to participate in mental health and substance abuse treatment, failing to pay restitution, and failing to maintain a regular place of employment. (ECF No. 4, PageID.19–22.) He admitted to each violation and was sentenced to 16 months imprisonment. (ECF No. 13.)

Defendant is presently incarcerated at F.C.I. Milan. Pending before the court is Defendant's motion for compassionate release under 18 U.S.C. § 3582 in which he argues that his age and high blood pressure make him particularly vulnerable to contracting the coronavirus ("COVID-19"). Defendant filed the instant motion on May 15, 2020, but did not submit a request for compassionate release to the Warden of his